O/JS-6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO GONZALEZ, <br> Petitioner, <br> v. <br> M.D. BITER, Warden, <br> Respondent. | Case No. ED CV 12-1760 GW (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: February 5, 2015

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE